IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREMY K. HARRISON,

　　　　Appellant,

 v.

Case No. 5D22-506
LT Case No. 35-2017-CF-001382-A-X

STATE OF FLORIDA,

　　　　Appellee.
_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for Lake County,
G. Richard Singeltary, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

　　　AFFIRMED.


WALLIS, HARRIS and BOATWRIGHT, JJ., concur.